# EXHIBIT B

**Equity Receivership over Nationwide Automated Systems, Inc., et al.**

**Schedule of Investor Payments to and from NASI**

**Ruth Legon**

**Investor Acct.: 6-0371**

| Account | Investor | Deposits (Investment) | Payments Received | Total Profit Amount |
|---|---|---|---|---|
| 6-0371 | Ruth Legon | $ 903,500.00 | $ (2,145,874.00) | $ (1,242,374.00) |

**Deposits to NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Deposit | 08/09/99 | Legon, Ruth O. | 3 ATMs | $ 33,000.00 | $ 33,000.00 |
| CNB | 22413612 | Deposit | 09/07/99 | Legon, Ruth O. | 4 ATMs | $ 44,000.00 | $ 77,000.00 |
| CNB | 22413612 | Deposit | 10/08/99 | Legon, Ruth O. | 8 ATMs | $ 88,000.00 | $ 165,000.00 |
| CNB | 22413612 | Deposit | 03/01/00 | Legon, Ruth O. | 10 ATMs | $ 110,000.00 | $ 275,000.00 |
| CNB | 22413612 | Deposit | 07/07/00 | Legon, Ruth O. | 15 ATMs | $ 172,500.00 | $ 447,500.00 |
| CNB | 22413612 | Deposit | 07/02/07 | Legon, Ruth O. | 3 ATMs | $ 36,000.00 | $ 483,500.00 |
| CNB | 22414410 | Deposit | 01/24/08 | Legon, Ruth O. | 10 ATMs | $ 120,000.00 | $ 603,500.00 |
| CNB | 22414410 | Deposit | 08/05/08 | Legon, Ruth O. | 10 ATMs | $ 120,000.00 | $ 723,500.00 |
| CNB | 22414410 | Deposit | 06/23/09 | Legon, Ruth O. | 7 ATMs | $ 84,000.00 | $ 807,500.00 |
| CNB | 22414410 | Deposit | 08/24/09 | Legon, Ruth | 5 ATMs | $ 60,000.00 | $ 867,500.00 |
| CNB | 22414410 | Deposit | 11/27/11 | Legon, Ruth O. | 3 ATMs | $ 36,000.00 | $ 903,500.00 |
| | | | | | Total | $ 903,500.00 | |

**Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Withdrawal | 09/01/99 | Legon, Ruth | | $ (550.00) | $ (550.00) |
| CNB | 22413612 | Withdrawal | 10/01/99 | Legon, Ruth | | $ (1,283.33) | $ (1,833.33) |
| CNB | 22413612 | Withdrawal | 11/01/99 | Legon, Ruth | | $ (2,750.00) | $ (4,583.33) |
| CNB | 22413612 | Withdrawal | 12/01/99 | Legon, Ruth | | $ (2,750.00) | $ (7,333.33) |
| CNB | 22413612 | Withdrawal | 01/01/00 | Legon, Ruth | | $ (2,750.00) | $ (10,083.33) |
| CNB | 22413612 | Withdrawal | 02/01/00 | Legon, Ruth | | $ (2,750.00) | $ (12,833.33) |
| CNB | 22413612 | Withdrawal | 03/01/00 | Legon, Ruth | | $ (2,750.00) | $ (15,583.33) |
| CNB | 22413612 | Withdrawal | 04/01/00 | Legon, Ruth | | $ (4,583.33) | $ (20,166.67) |
| CNB | 22413612 | Withdrawal | 05/01/00 | Legon, Ruth | | $ (4,583.33) | $ (24,750.00) |
| CNB | 22413612 | Withdrawal | 06/01/00 | Legon, Ruth | | $ (4,583.33) | $ (29,333.33) |
| CNB | 22413612 | Withdrawal | 07/01/00 | Legon, Ruth | | $ (4,583.33) | $ (33,916.67) |
| CNB | 22413612 | Withdrawal | 08/01/00 | Legon, Ruth | | $ (7,458.33) | $ (41,375.00) |
| CNB | 22413612 | Withdrawal | 09/01/00 | Legon, Ruth | | $ (7,458.33) | $ (48,833.33) |
| CNB | 22413612 | Withdrawal | 10/01/00 | Legon, Ruth | | $ (7,458.33) | $ (56,291.67) |
| CNB | 22413612 | Withdrawal | 11/01/00 | Legon, Ruth | | $ (7,458.33) | $ (63,750.00) |
| CNB | 22413612 | Withdrawal | 12/01/00 | Legon, Ruth | | $ (7,458.33) | $ (71,208.33) |
| CNB | 22413612 | Withdrawal | 01/01/01 | Legon, Ruth | | $ (7,458.33) | $ (78,666.67) |
| CNB | 22413612 | Withdrawal | 02/01/01 | Legon, Ruth | | $ (7,458.33) | $ (86,125.00) |
| CNB | 22413612 | Withdrawal | 03/01/01 | Legon, Ruth | | $ (7,458.33) | $ (93,583.33) |
| CNB | 22413612 | Withdrawal | 04/01/01 | Legon, Ruth | | $ (7,458.33) | $ (101,041.67) |
| CNB | 22413612 | Withdrawal | 05/01/01 | Legon, Ruth | | $ (7,458.33) | $ (108,500.00) |
| CNB | 22413612 | Withdrawal | 06/01/01 | Legon, Ruth | | $ (7,458.33) | $ (115,958.33) |
| CNB | 22413612 | Withdrawal | 07/01/01 | Legon, Ruth | | $ (7,458.33) | $ (123,416.67) |
| CNB | 22413612 | Withdrawal | 08/01/01 | Legon, Ruth | | $ (7,458.33) | $ (130,875.00) |
| CNB | 22413612 | Withdrawal | 09/01/01 | Legon, Ruth | | $ (7,458.33) | $ (138,333.33) |
| CNB | 22413612 | Withdrawal | 10/01/01 | Legon, Ruth | | $ (7,458.33) | $ (145,791.67) |
| CNB | 22413612 | Withdrawal | 11/01/01 | Legon, Ruth | | $ (7,458.33) | $ (153,250.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Withdrawal | 12/01/01 | Legon, Ruth | | $ (7,458.33) | $ (160,708.33) |
| CNB | 22413612 | Withdrawal | 01/01/02 | Legon, Ruth | | $ (7,458.33) | $ (168,166.67) |
| CNB | 22413612 | Withdrawal | 02/01/02 | Legon, Ruth | | $ (7,458.33) | $ (175,625.00) |
| CNB | 22413612 | Withdrawal | 03/01/02 | Legon, Ruth | | $ (7,458.33) | $ (183,083.33) |
| CNB | 22413612 | Withdrawal | 04/01/02 | Legon, Ruth | | $ (7,458.33) | $ (190,541.67) |
| CNB | 22413612 | Withdrawal | 05/01/02 | Legon, Ruth | | $ (7,458.33) | $ (198,000.00) |
| CNB | 22413612 | Withdrawal | 06/01/02 | Legon, Ruth | | $ (7,458.33) | $ (205,458.33) |
| CNB | 22413612 | Withdrawal | 07/01/02 | Legon, Ruth | | $ (7,458.33) | $ (212,916.67) |
| CNB | 22413612 | Withdrawal | 08/01/02 | Legon, Ruth | | $ (7,458.33) | $ (220,375.00) |
| CNB | 22413612 | Withdrawal | 09/01/02 | Legon, Ruth | | $ (7,458.33) | $ (227,833.33) |
| CNB | 22413612 | Withdrawal | 10/01/02 | Legon, Ruth | | $ (7,458.33) | $ (235,291.67) |
| CNB | 22413612 | Withdrawal | 11/01/02 | Legon, Ruth | | $ (7,458.33) | $ (242,750.00) |
| CNB | 22413612 | Withdrawal | 12/01/02 | Legon, Ruth | | $ (7,458.33) | $ (250,208.33) |
| CNB | 22413612 | Withdrawal | 01/01/03 | Legon, Ruth | | $ (7,458.33) | $ (257,666.67) |
| CNB | 22413612 | Withdrawal | 02/01/03 | Legon, Ruth | | $ (7,458.33) | $ (265,125.00) |
| CNB | 22413612 | Withdrawal | 03/01/03 | Legon, Ruth | | $ (7,458.33) | $ (272,583.33) |
| CNB | 22413612 | Withdrawal | 04/01/03 | Legon, Ruth | | $ (7,458.33) | $ (280,041.67) |
| CNB | 22413612 | Withdrawal | 05/01/03 | Legon, Ruth | | $ (7,458.33) | $ (287,500.00) |
| CNB | 22413612 | Withdrawal | 06/01/03 | Legon, Ruth | | $ (7,458.33) | $ (294,958.33) |
| CNB | 22413612 | Withdrawal | 07/01/03 | Legon, Ruth | | $ (7,458.33) | $ (302,416.67) |
| CNB | 22413612 | Withdrawal | 08/01/03 | Legon, Ruth | | $ (7,458.33) | $ (309,875.00) |
| CNB | 22413612 | Withdrawal | 09/01/03 | Legon, Ruth | | $ (7,458.33) | $ (317,333.33) |
| CNB | 22413612 | Withdrawal | 10/01/03 | Legon, Ruth | | $ (7,458.33) | $ (324,791.67) |
| CNB | 22413612 | Withdrawal | 11/01/03 | Legon, Ruth | | $ (7,458.33) | $ (332,250.00) |
| CNB | 22413612 | Withdrawal | 12/01/03 | Legon, Ruth | | $ (7,458.33) | $ (339,708.33) |
| CNB | 22413612 | Withdrawal | 01/01/04 | Legon, Ruth | | $ (7,458.33) | $ (347,166.67) |
| CNB | 22413612 | Withdrawal | 02/01/04 | Legon, Ruth | | $ (7,458.33) | $ (354,625.00) |
| CNB | 22413612 | Withdrawal | 03/01/04 | Legon, Ruth | | $ (7,458.33) | $ (362,083.33) |
| CNB | 22413612 | Withdrawal | 04/01/04 | Legon, Ruth | | $ (7,458.33) | $ (369,541.67) |
| CNB | 22413612 | Withdrawal | 05/01/04 | Legon, Ruth | | $ (7,458.33) | $ (377,000.00) |
| CNB | 22413612 | Withdrawal | 06/01/04 | Legon, Ruth | | $ (7,458.33) | $ (384,458.33) |
| CNB | 22413612 | Withdrawal | 07/01/04 | Legon, Ruth | | $ (7,458.33) | $ (391,916.67) |
| CNB | 22413612 | Withdrawal | 08/01/04 | Legon, Ruth | | $ (7,458.33) | $ (399,375.00) |
| CNB | 22413612 | Withdrawal | 09/01/04 | Legon, Ruth | | $ (7,458.33) | $ (406,833.33) |
| CNB | 22413612 | Withdrawal | 10/01/04 | Legon, Ruth | | $ (7,458.33) | $ (414,291.67) |
| CNB | 22413612 | Withdrawal | 11/01/04 | Legon, Ruth | | $ (7,458.33) | $ (421,750.00) |
| CNB | 22413612 | Withdrawal | 12/01/04 | Legon, Ruth | | $ (7,458.33) | $ (429,208.33) |
| CNB | 22413612 | Withdrawal | 01/01/05 | Legon, Ruth | | $ (7,458.33) | $ (436,666.67) |
| CNB | 22413612 | Withdrawal | 02/01/05 | Legon, Ruth | | $ (7,458.33) | $ (444,125.00) |
| CNB | 22413612 | Withdrawal | 03/01/05 | Legon, Ruth | | $ (7,458.33) | $ (451,583.33) |
| CNB | 22413612 | Withdrawal | 04/01/05 | Legon, Ruth | | $ (7,458.33) | $ (459,041.67) |
| CNB | 22413612 | Withdrawal | 05/01/05 | Legon, Ruth | | $ (7,458.33) | $ (466,500.00) |
| CNB | 22413612 | Withdrawal | 06/01/05 | Legon, Ruth | | $ (7,458.33) | $ (473,958.33) |
| CNB | 22413612 | Withdrawal | 07/01/05 | Legon, Ruth | | $ (7,458.33) | $ (481,416.67) |
| CNB | 22413612 | Withdrawal | 08/01/05 | Legon, Ruth | | $ (7,458.33) | $ (488,875.00) |
| CNB | 22413612 | Withdrawal | 09/01/05 | Legon, Ruth | | $ (7,458.33) | $ (496,333.33) |
| CNB | 22413612 | Withdrawal | 10/01/05 | Legon, Ruth | | $ (7,458.33) | $ (503,791.67) |
| CNB | 22413612 | Withdrawal | 11/01/05 | Legon, Ruth | | $ (7,458.33) | $ (511,250.00) |
| CNB | 22414399 | Withdrawal | 12/01/05 | Legon, Ruth | | $ (7,950.00) | $ (519,200.00) |
| CNB | 22414399 | Withdrawal | 01/01/06 | Legon, Ruth | | $ (7,856.00) | $ (527,056.00) |
| CNB | 22414399 | Withdrawal | 02/01/06 | Legon, Ruth | | $ (7,779.50) | $ (534,835.50) |
| CNB | 22414399 | Withdrawal | 03/01/06 | Legon, Ruth | | $ (7,904.50) | $ (542,740.00) |
| CNB | 22414399 | Withdrawal | 04/01/06 | Legon, Ruth | | $ (7,680.50) | $ (550,420.50) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 05/01/06 | Legon, Ruth | | $ (7,872.50) | $ (558,293.00) |
| CNB | 22414399 | Withdrawal | 06/01/06 | Legon, Ruth | | $ (7,846.50) | $ (566,139.50) |
| CNB | 22414399 | Withdrawal | 07/01/06 | Legon, Ruth | | $ (7,948.50) | $ (574,088.00) |
| CNB | 22414399 | Withdrawal | 08/01/06 | Legon, Ruth | | $ (7,924.50) | $ (582,012.50) |
| CNB | 22414399 | Withdrawal | 09/01/06 | Legon, Ruth | | $ (7,945.50) | $ (589,958.00) |
| CNB | 22414399 | Withdrawal | 10/01/06 | Legon, Ruth | | $ (8,126.50) | $ (598,084.50) |
| CNB | 22414399 | Withdrawal | 11/01/06 | Legon, Ruth | | $ (8,004.00) | $ (606,088.50) |
| CNB | 22414399 | Withdrawal | 12/01/06 | Legon, Ruth | | $ (7,937.50) | $ (614,026.00) |
| CNB | 22414399 | Withdrawal | 12/31/06 | Legon, Ruth | | $ (7,851.50) | $ (621,877.50) |
| CNB | 22414399 | Withdrawal | 02/01/07 | Legon, Ruth | | $ (7,807.50) | $ (629,685.00) |
| CNB | 22414399 | Withdrawal | 03/01/07 | Legon, Ruth | | $ (7,769.50) | $ (637,454.50) |
| CNB | 22414399 | Withdrawal | 04/01/07 | Legon, Ruth | | $ (7,603.50) | $ (645,058.00) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Legon, Ruth | | $ (7,868.00) | $ (652,926.00) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Legon, Ruth | | $ (7,952.00) | $ (660,878.00) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Legon, Ruth | | $ (7,905.00) | $ (668,783.00) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Legon, Ruth | | $ (7,902.00) | $ (676,685.00) |
| CNB | 22414399 | Withdrawal | 09/07/07 | Legon, Ruth | | $ (8,415.50) | $ (685,100.50) |
| CNB | 22414399 | Withdrawal | 11/06/07 | Legon, Ruth | | $ (8,345.00) | $ (693,445.50) |
| CNB | 22414399 | Withdrawal | 12/05/07 | Legon, Ruth | | $ (8,468.50) | $ (701,914.00) |
| CNB | 22414399 | Withdrawal | 12/31/07 | Legon, Ruth | | $ (8,539.00) | $ (710,453.00) |
| CNB | 22414399 | Withdrawal | 02/04/08 | Legon, Ruth | | $ (8,410.00) | $ (718,863.00) |
| CNB | 22414399 | Withdrawal | 03/03/08 | Legon, Ruth | | $ (8,367.50) | $ (727,230.50) |
| CNB | 22414399 | Withdrawal | 04/02/08 | Legon, Ruth | | $ (10,542.50) | $ (737,773.00) |
| CNB | 22414399 | Withdrawal | 05/05/08 | Legon, Ruth | | $ (10,282.00) | $ (748,055.00) |
| CNB | 22414399 | Withdrawal | 06/03/08 | Legon, Ruth | | $ (10,264.00) | $ (758,319.00) |
| CNB | 22414399 | Withdrawal | 07/02/08 | Legon, Ruth | | $ (10,359.00) | $ (768,678.00) |
| CNB | 22414399 | Withdrawal | 08/05/08 | Legon, Ruth | | $ (10,056.50) | $ (778,734.50) |
| CNB | 22414399 | Withdrawal | 09/08/08 | Legon, Ruth | | $ (10,010.00) | $ (788,744.50) |
| CNB | 22414399 | Withdrawal | 10/02/08 | Legon, Ruth | | $ (9,980.50) | $ (798,725.00) |
| CNB | 22414399 | Withdrawal | 11/04/08 | Legon, Ruth | | $ (11,940.50) | $ (810,665.50) |
| CNB | 22414399 | Withdrawal | 12/02/08 | Legon, Ruth | | $ (11,644.00) | $ (822,309.50) |
| CNB | 22414399 | Withdrawal | 01/05/09 | Legon, Ruth | | $ (11,092.00) | $ (833,401.50) |
| CNB | 22414399 | Withdrawal | 02/03/09 | Legon, Ruth | | $ (10,997.50) | $ (844,399.00) |
| CNB | 22414399 | Withdrawal | 03/03/09 | Legon, Ruth | | $ (10,743.00) | $ (855,142.00) |
| CNB | 22414399 | Withdrawal | 04/02/09 | Legon, Ruth | | $ (10,454.50) | $ (865,596.50) |
| CNB | 22414399 | Withdrawal | 05/04/09 | Legon, Ruth | | $ (10,511.00) | $ (876,107.50) |
| CNB | 22414399 | Withdrawal | 06/02/09 | Legon, Ruth | | $ (10,443.50) | $ (886,551.00) |
| CNB | 22414399 | Withdrawal | 07/02/09 | Legon, Ruth | | $ (10,494.00) | $ (897,045.00) |
| CNB | 22414399 | Withdrawal | 08/04/09 | Legon, Ruth | | $ (10,468.50) | $ (907,513.50) |
| CNB | 22414410 | Withdrawal | 09/01/09 | Legon, Ruth | | $ (12,208.50) | $ (919,722.00) |
| CNB | 22414399 | Withdrawal | 10/05/09 | Legon, Ruth | | $ (12,255.00) | $ (931,977.00) |
| CNB | 22414410 | Withdrawal | 10/15/09 | Legon, Ruth | bank fee | $ (25.00) | $ (932,002.00) |
| CNB | 22414399 | Withdrawal | 11/03/09 | Legon, Ruth | | $ (12,432.00) | $ (944,434.00) |
| CNB | 22414399 | Withdrawal | 12/04/09 | Legon, Ruth | | $ (12,725.50) | $ (957,159.50) |
| CNB | 22414399 | Withdrawal | 01/04/10 | Legon, Ruth | | $ (12,789.50) | $ (969,949.00) |
| CNB | 22414399 | Withdrawal | 02/02/10 | Legon, Ruth | | $ (12,999.50) | $ (982,948.50) |
| CNB | 22414410 | Withdrawal | 02/09/10 | Legon, Ruth | | $ (300,000.00) | $ (1,282,948.50) |
| CNB | 22414399 | Withdrawal | 03/02/10 | Legon, Ruth | | $ (13,082.00) | $ (1,296,030.50) |
| CNB | 22414399 | Withdrawal | 04/02/10 | Legon, Ruth | | $ (13,442.50) | $ (1,309,473.00) |
| CNB | 22414399 | Withdrawal | 05/05/10 | Legon, Ruth | | $ (13,776.50) | $ (1,323,249.50) |
| CNB | 22414399 | Withdrawal | 06/01/10 | Legon, Ruth | | $ (13,828.50) | $ (1,337,078.00) |
| CNB | 22414399 | Withdrawal | 07/01/10 | Legon, Ruth | | $ (13,803.00) | $ (1,350,881.00) |
| CNB | 22414399 | Withdrawal | 08/02/10 | Legon, Ruth | | $ (14,131.50) | $ (1,365,012.50) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 09/01/10 | Legon, Ruth | | $ (14,313.50) | $ (1,379,326.00) |
| CNB | 22414399 | Withdrawal | 10/01/10 | Legon, Ruth | | $ (14,363.00) | $ (1,393,689.00) |
| CNB | 22414399 | Withdrawal | 11/01/10 | Legon, Ruth | | $ (14,144.50) | $ (1,407,833.50) |
| CNB | 22414399 | Withdrawal | 11/15/10 | Legon, Ruth | 20% adjustment | $ (15,601.00) | $ (1,423,434.50) |
| CNB | 22414399 | Withdrawal | 12/02/10 | Legon, Ruth | | $ (14,696.50) | $ (1,438,131.00) |
| CNB | 22414399 | Withdrawal | 12/31/10 | Legon, Ruth | | $ (14,930.50) | $ (1,453,061.50) |
| CNB | 22414399 | Withdrawal | 02/01/11 | Legon, Ruth | | $ (15,250.00) | $ (1,468,311.50) |
| CNB | 22414399 | Withdrawal | 03/02/11 | Legon, Ruth | | $ (15,348.50) | $ (1,483,660.00) |
| CNB | 22414399 | Withdrawal | 04/01/11 | Legon, Ruth | | $ (15,029.00) | $ (1,498,689.00) |
| CNB | 22414399 | Withdrawal | 05/02/11 | Legon, Ruth | | $ (15,382.00) | $ (1,514,071.00) |
| CNB | 22414399 | Withdrawal | 06/01/11 | Legon, Ruth | | $ (14,958.00) | $ (1,529,029.00) |
| CNB | 22414399 | Withdrawal | 07/01/11 | Legon, Ruth | | $ (15,078.50) | $ (1,544,107.50) |
| CNB | 22414399 | Withdrawal | 08/02/11 | Legon, Ruth | | $ (15,385.50) | $ (1,559,493.00) |
| CNB | 22414399 | Withdrawal | 09/01/11 | Legon, Ruth | | $ (15,115.50) | $ (1,574,608.50) |
| CNB | 22414399 | Withdrawal | 10/03/11 | Legon, Ruth | | $ (15,407.00) | $ (1,590,015.50) |
| CNB | 22414399 | Withdrawal | 11/01/11 | Legon, Ruth | | $ (15,099.50) | $ (1,605,115.00) |
| CNB | 22414399 | Withdrawal | 12/08/11 | Legon, Ruth | | $ (14,877.50) | $ (1,619,992.50) |
| CNB | 22414399 | Withdrawal | 01/03/12 | Legon, Ruth | | $ (14,929.00) | $ (1,634,921.50) |
| CNB | 22414399 | Withdrawal | 02/01/12 | Legon, Ruth | | $ (16,196.00) | $ (1,651,117.50) |
| CNB | 22414399 | Withdrawal | 03/05/12 | Legon, Ruth | | $ (16,305.00) | $ (1,667,422.50) |
| CNB | 22414399 | Withdrawal | 04/02/12 | Legon, Ruth | | $ (16,008.00) | $ (1,683,430.50) |
| CNB | 22414399 | Withdrawal | 05/01/12 | Legon, Ruth | | $ (16,520.00) | $ (1,699,950.50) |
| CNB | 22414399 | Withdrawal | 06/01/12 | Legon, Ruth | | $ (16,242.50) | $ (1,716,193.00) |
| CNB | 22414399 | Withdrawal | 07/02/12 | Legon, Ruth | | $ (16,576.50) | $ (1,732,769.50) |
| CNB | 22414399 | Withdrawal | 08/01/12 | Legon, Ruth | | $ (16,233.00) | $ (1,749,002.50) |
| CNB | 22414399 | Withdrawal | 09/04/12 | Legon, Ruth | | $ (16,454.50) | $ (1,765,457.00) |
| CNB | 22414399 | Withdrawal | 10/01/12 | Legon, Ruth | | $ (16,486.50) | $ (1,781,943.50) |
| CNB | 22414399 | Withdrawal | 11/01/12 | Legon, Ruth | | $ (16,423.00) | $ (1,798,366.50) |
| CNB | 22414399 | Withdrawal | 12/03/12 | Legon, Ruth | | $ (16,242.00) | $ (1,814,608.50) |
| CNB | 22414399 | Withdrawal | 01/02/13 | Legon, Ruth | | $ (16,170.00) | $ (1,830,778.50) |
| CNB | 22414399 | Withdrawal | 02/04/13 | Legon, Ruth | | $ (16,357.50) | $ (1,847,136.00) |
| CNB | 22414399 | Withdrawal | 03/04/13 | Legon, Ruth | | $ (16,377.00) | $ (1,863,513.00) |
| CNB | 22414399 | Withdrawal | 04/01/13 | Legon, Ruth | | $ (16,657.00) | $ (1,880,170.00) |
| CNB | 22414399 | Withdrawal | 05/01/13 | Legon, Ruth | | $ (16,499.50) | $ (1,896,669.50) |
| CNB | 22414399 | Withdrawal | 06/03/13 | Legon, Ruth | | $ (16,226.00) | $ (1,912,895.50) |
| CNB | 22414399 | Withdrawal | 07/05/13 | Legon, Ruth | | $ (16,655.50) | $ (1,929,551.00) |
| CNB | 22414399 | Withdrawal | 08/01/13 | Legon, Ruth | | $ (16,556.00) | $ (1,946,107.00) |
| CNB | 22414399 | Withdrawal | 09/09/13 | Legon, Ruth | | $ (16,657.50) | $ (1,962,764.50) |
| CNB | 22414399 | Withdrawal | 10/02/13 | Legon, Ruth | | $ (16,727.50) | $ (1,979,492.00) |
| CNB | 22414399 | Withdrawal | 11/01/13 | Legon, Ruth | | $ (16,729.00) | $ (1,996,221.00) |
| CNB | 22414410 | Withdrawal | 12/04/13 | Legon, Ruth | | $ (16,822.50) | $ (2,013,043.50) |
| CNB | 22414399 | Withdrawal | 01/02/14 | Legon, Ruth | | $ (16,803.00) | $ (2,029,846.50) |
| CNB | 22414399 | Withdrawal | 01/31/14 | Legon, Ruth | | $ (16,698.00) | $ (2,046,544.50) |
| CNB | 22414399 | Withdrawal | 03/04/14 | Legon, Ruth | | $ (16,272.00) | $ (2,062,816.50) |
| CNB | 22414399 | Withdrawal | 04/01/14 | Legon, Ruth | | $ (15,930.00) | $ (2,078,746.50) |
| CNB | 22414399 | Withdrawal | 05/01/14 | Legon, Ruth | | $ (16,314.00) | $ (2,095,060.50) |
| CNB | 22414399 | Withdrawal | 06/02/14 | Legon, Ruth | | $ (16,651.50) | $ (2,111,712.00) |
| CNB | 22414399 | Withdrawal | 07/01/14 | Legon, Ruth | | $ (17,033.00) | $ (2,128,745.00) |
| CNB | 22414399 | Withdrawal | 08/01/14 | Legon, Ruth | | $ (17,129.00) | $ (2,145,874.00) |
| | | | | | **Total** | **$ (2,145,874.00)** | |