DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        thsu@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>    Plaintiff,<br><br>    v.<br><br>RUTH O. LEGON, an individual and Does 1 through 10, inclusive,<br><br>    Defendant. | Case No. 2:16-cv-05032-PSG-AGR<br><br>**RECEIVER'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>Date:   April 25, 2017<br>Time:  10:00 a.m.<br>Ctrm:  B, 8th Floor<br>Judge: Hon. Alicia G. Rosenberg<br><br>[**DISCOVERY MATTER**]<br><br>Disc. Cutoff:        May 2, 2017<br>Pretrial Conference: July 24, 2017<br>Complaint Filed:    July 8, 2016<br>Trial Date:          August 8, 2017 |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 25, 2017, at 10:00 a.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Magistrate Judge Alicia G. Rosenberg, located at 312 N. Spring St., Los Angeles, CA, Courtroom B, 8th Floor, plaintiff William J. Hoffman ("Receiver"), will and hereby does move this court for an order to compel discovery responses from defendant Ruth O. Legon.

This Motion is based on this Notice of Motion and Motion, the Joint Stipulation filed concurrently herewith, the accompanying Declaration of Tim C. Hsu and exhibits thereto, all other pleadings and papers on file in this action, and upon such further oral and documentary evidence as may be presented at the time of the hearing.

Pursuant to Local Rule 37-1, the parties met and conferred on the matters in this Motion on March 21, 2017, March 22, 2017, and on various dates thereafter.

Dated: March 28, 2017

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
DAVID R. ZARO
EDWARD G. FATES
TIM C. HSU

By:    */s/ Tim C. Hsu*
    TIM C. HSU
    Attorneys for Plaintiff
    WILLIAM J. HOFFMAN, Receiver