DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        thsu@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUTH O. LEGON, an individual and Does 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 2:16-cv-05032-PSG-AGR<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

1080442.01/LA

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(ii) Plaintiff William J. Hoffman ("Receiver"), the Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, and Defendant Ruth O. Legon, hereby jointly stipulate to the dismissal this entire action, without prejudice. The parties further stipulate and agree that each party is to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: May 25, 2017

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
DAVID R. ZARO
EDWARD G. FATES
TIM C. HSU

By: _____*/s/ Tim C. Hsu*_____
   TIM C. HSU
   Attorneys for Receiver
   WILLIAM HOFFMAN

Dated: May 25, 2017

SHER TREMONTE LLP

By: _____*/s/ Robert Knuts*_____
   Robert Knuts
   Attorneys for Defendant RUTH O. LEGON

In accordance with Local Rule 5-4.3.4, the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.